No. — — ——. FERNANDEZ v. KINER ET AL. Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. — — ——. HILL v. WATTS ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–959. MAYORAL ET AL. v. JEFFCO AMERICAN BAPTIST RESIDENCES, INC., ET AL. The order entered by JUSTICE WHITE on May 25, 1984, is vacated, and the application for stay of mandate of the United States Court of Appeals for the Tenth Circuit is denied.

No. D–411. IN RE DISBARMENT OF SHEEHY. Disbarment entered. [For earlier order herein, see 465 U. S. 1096.]

No. D–416. IN RE DISBARMENT OF ROUNDTREE. Dovey J. Roundtree, of Washington, D. C., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 2, 1984 [466 U. S. 921], is hereby discharged.

No. D–434. IN RE DISBARMENT OF SCHETTINO. It is ordered that John C. Schettino, of Bedford Hills, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–997. TRANS WORLD AIRLINES, INC. v. THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 465 U. S. 1065]; and No. 83–1325. AIR LINE PILOTS ASSN., INTERNATIONAL v. THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 466 U. S. 926.] Motion of Equal Employment Advisory Council for leave to file a brief as amicus curiae granted. Motion of the Solicitor General for divided argument granted. Motion of Trans World Airlines, Inc., for divided argument granted, and a total of 15 minutes allotted for that purpose. Motion of Air Line Pilots Association for divided argument granted, and a total of 15 minutes allotted for that purpose.

No. 83–1020. OHIO v. KOVACS, DBA B & W ENTERPRISES ET AL. C. A. 6th Cir. [Certiorari granted, 465 U. S. 1078.] Motion of the Solicitor General for leave to participate in oral argument